UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PAUL E. PARTRIDGE and PAUL E. PARTRIDGE, JR.,

    Plaintiff,

v.

APPLICA CONSUMER PRODUCTS, INC. and BRINK'S HOME SECURITY, INC.,
    Defendant.

CIVIL ACTION NO. 05-10601 MLW

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, APPLICA CONSUMER PRODUCTS, INC., PURSUANT TO L.R. 7.3(A)

The defendant, Applica Consumer Products, Inc., by and through its counsel, states that it is wholly owned by Applica Incorporated, a company which is publicly traded in the United States.

Respectfully Submitted,
Applica Consumer Products, Inc.
By its attorneys,

Maynard M. Kirpalani, BBO# 273940
Geoffrey M. Coan, BBO# 641998
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: 3/23/05

### CERTIFICATE OF SERVICE

I, Geoffrey M. Coan, hereby certify that I have this 23rd day of March, 2005, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

Jason E. Cohn, Esquire
Tommasino & Tommasino
Two Center Plaza
Boston, MA 02108

Geoffrey M. Coan

35907.1