UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL E. PARTRIDGE,<br>PAUL E. PARTRIDGE, JR.<br><br>    *Plaintiffs,*<br>v.<br><br>APPLICA CONSUMER PRODUCTS, INC.,<br>BRINK'S HOME SECURITY, INC.<br><br>    *Defendants.* | Civil Action No. 05-10601-MLW |

**CO-DEFENDANT BRINK'S HOME
SECURITY, INC.'S CONSENT TO REMOVAL**

  Defendant Brink's Home Security, Inc. ("Brink's"), by and through its counsel, hereby files this Consent to Removal and states as follows:

  1.  On February 22, 2005, plaintiffs commenced an action styled as <u>Paul E. Partridge and Paul E. Partridge, Jr. v. Applica Consumer Products, Inc. and Brink's Home Security, Inc.</u>, Civil Action No. 05-0678, in the Superior Court Department of the Trial Court for Suffolk County, Commonwealth of Massachusetts.

  2.  On March 11, 2005, plaintiffs caused the Summons and Complaint to be served on Brink's.

  3.  On March 24, 2005, pursuant to 28 U.S.C. § 1441, counsel for Applica Consumer Products, Inc. ("Applica") filed a Notice of Removal to this Court.

  4.  The case has now been docketed and assigned the above case number.

5.   Brink's hereby consents to removal of this action to this Court.

> BRINK'S HOME SECURITY, INC.,
>
> By their attorneys,
>
> *Jillian B. Hirsch*
> Jonathan I. Handler, BBO #561475
> Jillian B. Hirsch, BBO #659531
> DAY, BERRY & HOWARD LLP
> 260 Franklin Street
> Boston, Massachusetts 02110-3179
> (617) 345-4600

March 31, 2005

## CERTIFICATE OF SERVICE

I, Jillian B. Hirsch, do hereby certify that I have served the within **Co-Defendant Brink's Home Security, Inc.'s Consent to Removal** by causing a copy to be mailed, first class postage prepaid and addressed to counsel for plaintiffs, Jason E. Cohn, Tommasino & Tommasino, Two Center Plaza, Boston, MA 02810, and counsel for defendant Applica Consumer Products, Inc., Maynard M. Kirpalani, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 155 Federal Street Boston, MA 02110.

>    *Jillian B. Hirsch*
>    Jillian B. Hirsch