UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL E. PARTRIDGE,<br>PAUL E. PARTRIDGE, JR.<br><br>    *Plaintiffs,*<br>v.<br><br>APPLICA CONSUMER PRODUCTS, INC.,<br>BRINK'S HOME SECURITY, INC.<br><br>    *Defendants.* | Civil Action No. 05-10601-MLW |

## NOTICE OF APPEARANCE

  Kindly enter the appearance of Jillian B. Hirsch on behalf of the Defendant Brink's Home Security, Inc. in the above-captioned matter.

                Respectfully submitted,

                FIRST HARTFORD CORPORATION

                By its attorney,


                 /s/ Jillian B. Hirsch
                Jillian B. Hirsch, BBO #659531
                DAY, BERRY & HOWARD LLP
                260 Franklin Street
Dated: April 6, 2005         Boston, MA 02110-3179
                (617) 345-4600

## **CERTIFICATE OF SERVICE**

      I, Jillian B. Hirsch, do hereby certify that on the 6th day of April, 2005 I served the within **Stipulation Extending Time** by causing a copy to be mailed, first class postage prepaid and addressed to counsel for plaintiffs, Jason E. Cohn, Tommasino & Tommasino, Two Center Plaza, Boston, MA 02810, and counsel for defendant Applica Consumer Products, Inc., Maynard M. Kirpalani, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 155 Federal Street Boston, MA 02110.


                                              /s/   Jillian B. Hirsch
                                              Jillian B. Hirsch