UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL E. PARTRIDGE, <br> PAUL E. PARTRIDGE, JR. <br>  <br>            *Plaintiffs,* <br> v. <br>  <br> APPLICA CONSUMER PRODUCTS, INC., <br> BRINK'S HOME SECURITY, INC. <br>  <br>            *Defendants.* | ) <br> ) <br> ) <br> ) Civil Action No. 05-10601-MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs Paul E. Partridge and Paul E. Partridge, Jr. and defendant Brink's Home Security, Inc. ("Brink's"), that the date by which Brink's must serve an answer or any other pleading or motion contemplated by Fed. R. Civ. P. 12 is extended through and including April 18, 2005.

Respectfully submitted,

| PAUL E. PARTRIDGE, <br> PAUL E. PARTRIDGE, JR. | BRINK'S HOME SECURITY, INC. |
|---|---|
| By their attorneys, | By its attorneys, |
|    /s/ Jason E. Cohn <br> Jason E. Cohn, BBO #638259 <br> TOMMASINO & TOMMASINO <br> Two Center Plaza <br> Boston, MA 02810 <br> (617) 723-1720 |    /s/ Jillian B. Hirsch <br> Jonathan I. Handler, BBO #561475 <br> Jillian B. Hirsch, BBO #659531 <br> DAY, BERRY & HOWARD LLP <br> 260 Franklin Street <br> Boston, MA 02110 <br> (617) 345-4600 |

Dated: April 6, 2005

**CERTIFICATE OF SERVICE**

      I, Jillian B. Hirsch, do hereby certify that on the 6th day of April, 2005 I served the within **Stipulation Extending Time** by causing a copy to be mailed, first class postage prepaid and addressed to counsel for plaintiffs, Jason E. Cohn, Tommasino & Tommasino, Two Center Plaza, Boston, MA 02810, and counsel for defendant Applica Consumer Products, Inc., Maynard M. Kirpalani, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 155 Federal Street Boston, MA 02110.

                                                /s/   Jillian B. Hirsch
                                                Jillian B. Hirsch