UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL E. PARTRIDGE and PAUL E. PARTRIDGE, JR., <br>　　　　Plaintiff, <br><br>v. <br><br>APPLICA CONSUMER PRODUCTS, INC. and BRINK'S HOME SECURITY, INC., <br>　　　　Defendants. | CIVIL ACTION NO. 05-10601MLW |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, APPLICA CONSUMER PRODUCTS, INC., PURSUANT TO L.R. 7.3(A)**

　　　　The defendant, Applica Consumer Products, Inc., by and through its counsel, states that it is wholly owned by Applica Incorporated, a company which is publicly traded in the United States.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　Applica Consumer Products, Inc.,
　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　/s/ Geoffrey M. Coan
　　　　　　　　　　　　　　　　　　　　Maynard M. Kirpalani, BBO# 273940
　　　　　　　　　　　　　　　　　　　　Geoffrey M. Coan, BBO# 641998
　　　　　　　　　　　　　　　　　　　　Wilson, Elser, Moskowitz, Edelman &
　　　　　　　　　　　　　　　　　　　　Dicker LLP
　　　　　　　　　　　　　　　　　　　　155 Federal Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　(617) 422-5300

CERTIFICATE OF SERVICE

　　　　I, Geoffrey M. Coan, hereby certify that I have this 7th day of April, 2005, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

Jason E. Cohn, Esquire
Tommasino & Tommasino
Two Center Plaza
Boston, MA 02810

　　　　　　　　　　　　　　/s/ Geoffrey M. Coan

36668.1

2

36668.1