UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PAUL E. PARTRIDGE and PAUL E. PARTRIDGE, JR.,
Plaintiff,

v.

APPLICA CONSUMER PRODUCTS, INC. and BRINK'S HOME SECURITY, INC.,
Defendants.

CIVIL ACTION NO. 05-10601MLW

## CERTIFICATION BY DEFENDANT, APPLICA CONSUMER PRODUCTS, INC., PURSUANT TO L.R. 16.1(D)(3)

Defendant, Applica Consumer Products, Inc., and its counsel hereby certify to this Court that the defendant and its counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,
Applica Consumer Products, Inc.

_____
Cathy Bartel, Esquire
Associate Counsel – Product Liability
Applica Consumer Products, Inc.
3633 Flamingo Rd.
Miramar, Florida 33027
(954) 883-1552

Respectfully submitted,
Attorneys for Applica Consumer Products, Inc.

_____
Maynard M. Kirpalani, (BBO #273940)
Geoffrey M. Coan (BBO #641998)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

### CERTIFICATE OF SERVICE

I, Geoffrey M. Coan, hereby certify that I have this 7th day of April, 2005, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

Jason E. Cohn, Esquire
Tommasino & Tommasino
Two Center Plaza
Boston, MA 02810

/s/ Geoffrey M. Coan

36669.1