UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL E. PARTRIDGE,<br>PAUL E. PARTRIDGE, JR.<br><br>        *Plaintiffs,*<br>v.<br><br>APPLICA CONSUMER PRODUCTS, INC.,<br>BRINK'S HOME SECURITY, INC.<br><br>        *Defendants.* | )<br>)<br>)<br>)  Civil Action No. 05-10601-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Kindly enter the appearance of Jonathan I. Handler on behalf of the Defendant Brink's Home Security, Inc. in the above-captioned matter.

                                            Respectfully submitted,

                                            BRINK'S HOME SECURITY, INC.

                                            By its attorney,


                                              /s/ Jonathan I. Handler
                                            Jonathan I. Handler, BBO #561475
                                            DAY, BERRY & HOWARD LLP
                                            260 Franklin Street
Dated: April 18, 2005                   Boston, MA 02110-3179
                                            (617) 345-4600

## CERTIFICATE OF SERVICE

    I, Jillian B. Hirsch, do hereby certify that on the 18th day of April, 2005 I served the within **Notice of Appearance** by causing a copy to be mailed, first class postage prepaid and addressed to counsel for plaintiffs, Jason E. Cohn, Tommasino & Tommasino, Two Center Plaza, Boston, MA 02810, and counsel for defendant Applica Consumer Products, Inc., Maynard M. Kirpalani, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 155 Federal Street Boston, MA 02110.

                                                      /s/   Jillian B. Hirsch
                                                        Jillian B. Hirsch