UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL E. PARTRIDGE,<br>PAUL E. PARTRIDGE, JR.<br><br>*Plaintiffs,*<br>v.<br><br>APPLICA CONSUMER PRODUCTS, INC.,<br>BRINK'S HOME SECURITY, INC.<br><br>*Defendants.* | Civil Action No. 05-10601-MLW |

**DEFENDANT BRINK'S HOME SECURITY'S INC.'S**
**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Defendant Brink's Home Security, Inc. states that its parent company is The Brinks Company and that The Brinks Company is a publicly held company that owns 10% or more of Brink's Home Security, Inc.'s stock.

BRINK'S HOME SECURITY, INC.

By its attorneys,

/s/ Jillian B. Hirsch
Jonathan I. Handler, BBO #561475
Jillian B. Hirsch, BBO #659531
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110-3179
(617) 345-4600

Dated: April 18, 2005

## CERTIFICATE OF SERVICE

      I, Jillian B. Hirsch, do hereby certify that on this 18th day of April, 2005, I served the within **Defendant Brink's Home Security, Inc.'s Local Rule 7.3 Corporate Disclosure Statement** by causing a copy to be mailed, first class postage prepaid and addressed to counsel for plaintiffs, Jason E. Cohn, Tommasino & Tommasino, Two Center Plaza, Boston, MA 02810, and counsel for defendant Applica Consumer Products, Inc., Geoffrey Coan, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 155 Federal Street Boston, MA 02110.

                                                                              /s/ Jillian B. Hirsch
                                                                                 Jillian B. Hirsch