UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10601-MLW

_____
                                            )
PAUL E. PARTRIDGE,                          )
PAUL E. PARTRIDGE, JR.                      )
Plaintiffs,                                 )
                                            )
V.                                          )
                                            )
APPLICA CONSUMER PRODUCTS, INC.,            )
BRINK'S HOME SECURITY, INC.,                )
Defendants,                                 )
_____)


## PLAINTIFFS' CONSET TO JURISDICTION BY
## UNITED STATES MAGISTRATE JUDGE


      NOW COME the Plaintiffs Paul E. Partridge and Paul E. Partridge, Jr. ("Plaintiffs") and

hereby consent to jurisdiction by and transfer to United States Magistrate Judge in the above

entitled matter.


      Respectfully Submitted,
      By the Plaintiffs,
      **Paul E. Partridge and**
      **Paul E. Partridge, Jr.,**
      By Their Attorney,

      */s/ Jason E. Cohn*
      _____
      Jason E. Cohn
      TOMMASINO & TOMMASINO
      Two Center Plaza
      Boston, MA  02810
      (617) 723-1720
      B.B.O.#638259

2

**CERTIFICATE OF SERVICE**

I, Jason E. Cohn, Esq., certify that on this 26th day of July 2005, true copies of the following were served upon the attorneys of record for each party by first class mail:

1. **Plaintiffs' Consent to Jurisdiction of U.S. Magistrate Judge**

*/s/ Jason E. Cohn*
_____
Jason E. Cohn, Esq.
B.B.O. #638259
TOMMASINO & TOMMASINO
2 Center Plaza
Boston, MA 02108
(617) 723-1720