UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL E. PARTRIDGE and PAUL E. PARTRIDGE, JR., <br>     Plaintiff, <br><br> v. <br><br> APPLICA CONSUMER PRODUCTS, INC. and BRINK'S HOME SECURITY, INC., <br>     Defendants. | CIVIL ACTION NO. 05-10601MLW |

**DEFENDANT, APPLICA CONSUMER PRODUCTS, INC.'S
CONSENT TO JURISDICTION BY UNITED STATED MAGISTRATE JUDGE**

    NOW COMES the defendant, Applica Consumer Products, Inc., and hereby consents to jurisdiction by and transfer to United States Magistrate Judge in the above-entitled matter.

    Respectfully Submitted,
Applica Consumer Products, Inc.,
By its attorneys,


/s/ Geoffrey M. Coan
Maynard M. Kirpalani, BBO# 273940
Geoffrey M. Coan, BBO# 641998
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

41359.1

CERTIFICATE OF SERVICE

I, Geoffrey M. Coan, hereby certify that I have this 27th day of July, 2005, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to counsel for all parties of record.

/s/ Geoffrey M. Coan
Geoffrey M. Coan

41359.1