UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL E. PARTRIDGE,<br>PAUL E. PARTRIDGE, JR.<br><br>        *Plaintiffs,*<br>v.<br><br>APPLICA CONSUMER PRODUCTS, INC.,<br>BRINK'S HOME SECURITY, INC.<br><br>        *Defendants.* | )<br>)<br>)<br>) Civil Action No. 05-10601-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT BRINK'S HOME SECURITY, INC.'S CONSENT TO**
**THE EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, defendant Brink's Home Security, Inc. consents to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of final judgment, and conduct all post-judgment proceedings.

                                              Respectfully submitted,

                                              BRINK'S HOME SECURITY, INC.

                                              By its attorney,

                                                /s/ Jillian B. Hirsch
                                            Jonathan I. Handler, BBO #561475
                                            Jillian B. Hirsch, BBO #659531
                                            DAY, BERRY & HOWARD LLP
                                            260 Franklin Street
                                            Boston, MA 02110-3179
Dated: July 27, 2005                          (617) 345-4600

## **CERTIFICATE OF SERVICE**

      I, Jillian B. Hirsch, do hereby certify that on the 27th day of July, 2005 I served the within **Consent to the Exercise of Jurisdiction by a United States Magistrate Judge** by causing a copy to be mailed, first class postage prepaid and addressed to counsel for plaintiffs, Jason E. Cohn, Tommasino & Tommasino, Two Center Plaza, Boston, MA 02810, and counsel for defendant Applica Consumer Products, Inc., Geoffrey M. Coan, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 155 Federal Street Boston, MA 02110.

                                                                       /s/   Jillian B. Hirsch
                                                             Jillian B. Hirsch