UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                          )
PAUL E. PARTRIDGE,                        )
PAUL E. PARTRIDGE, JR.                    )
                                          )
            Plaintiffs,                   )
                                          )
    v.                                    )   C.A. No. 05-10601-MLW
                                          )
APPLICA CONSUMER PRODUCTS, INC.,          )
BRINK'S HOME SECURITY, INC.               )
                                          )
            Defendants.                   )
_____)

## NOTICE OF CHANGE OF ADDRESS

In accordance with local Rule 83.5.2(e) please note that effective on Monday, August 15, 2005, the below counsel for the Brink's Home Security, Inc. defendant will have a new address as follows:

| Jonathan I. Handler | Jillian B. Hirsch |
| DAY, BERRY & HOWARD LLP | DAY, BERRY & HOWARD LLP |
| One International Place | One International Place |
| Boston, MA 02110 | Boston, MA 02110 |

Telephone, facsimile and email addresses will be unchanged.

                                  Respectfully submitted,

                                     /s/ Jonathan I. Handler
                                  Jonathan I. Handler, BBO #561475
                                  Jillian B. Hirsch, BBO #659531
                                  DAY, BERRY & HOWARD LLP
                                  260 Franklin Street
                                  Boston, MA 02110-3179
                                  (617) 345-4600

Dated:  August 4, 2005

## CERTIFICATE OF SERVICE

I, Jonathan I. Handler, hereby certify that on this 4th day of August, 2005, I served a true and correct copy of the foregoing *Notice of Change of Address* via email on all other parties.

                                     /s/ Jonathan I. Handler
                                        Jonathan I. Handler

51315255.1 001772-00000