UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
PAUL E. PATRIDGE et al            )
     Plaintiff(s),                 )
                                   )
     v.                            )    C.A. No. 05-10601-MLW
                                   )
APPLICA CONSUMER PRODUCTS, INC.    )
et al                              )
     Defendant(s)                  )
```

<u>ORDER</u>

WOLF, D.J.                                         August 11, 2005

    The parties in this case were asked whether they would consent to reassignment of this case for all purposes to Magistrate Judge Bowler, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. All parties have informed the court of their consent. Accordingly, this case is hereby REASSIGNED to Magistrate Judge Bowler for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

                                              <u>/s/ Mark L. Wolf</u>
                                              UNITED STATES DISTRICT COURT