UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL E. PARTRIDGE and<br>PAUL E. PARTRIDGE, JR.,<br><br>      *Plaintiffs,*<br>v.<br><br>APPLICA CONSUMER PRODUCTS, INC.<br>and BRINK'S HOME SECURITY, INC.,<br><br>      *Defendants.* | C.A. NO. 05-10601 (MBB) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned parties, by and through their counsel, hereby stipulate to the dismissal with prejudice of (i) all claims in the above-captioned matter brought by plaintiffs Paul E. Partridge and Paul E. Partridge, Jr. (the "Plaintiffs") against defendant Brink's Home Security, Inc. ("Brink's"), and (ii) and the Counterclaim in the above-captioned matter brought by Brink's against the Plaintiffs. All rights of appeal are hereby waived.

Respectfully submitted,

| PAUL E. PARTRIDGE<br>PAUL E. PARTRIDGE, JR. | APPLICA CONSUMER PRODUCTS, INC. |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/Jason Cohn<br>Jason Cohn (BBO #638259)<br>TOMMASINO & TOMMASINO<br>Two Center Plaza<br>Boston, MA 02108<br>(617) 723-1720 | /s/Geoffrey Coan<br>Geoffrey Coan (BBO #641998)<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP<br>155 Federal Street<br>Boston, MA 02110<br>(617) 422-5300 |

- 2 -

          BRINK'S HOME SECURITY, INC.

          By its attorneys,

          /s/Jillian B. Hirsch
          Jonathan I. Handler (BBO #561475)
          Jillian B. Hirsch (BBO #659531)
          DAY, BERRY & HOWARD LLP
          One International Place
          Boston, MA 02110
          (617) 345-4600

Dated: May 11, 2006