UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL E. PARTRIDGE and PAUL E. PARTRIDGE, JR.,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>APPLICA CONSUMER PRODUCTS, INC. and BRINK'S HOME SECURITY, INC.,<br>　　　　　　　Defendants. | CIVIL ACTION NO. 05-10601MBB |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Now comes the plaintiffs, Paul E. Partridge and Paul E. Partridge, Jr. ("plaintiffs"), and

the defendant, Applica Consumer Products, Inc. ("ACP"), and respectfully request that this

Honorable Court continue the status conference presently scheduled for Monday, June 5, 2006

for thirty (30) days.  In support of this motion, the parties state as follows:

1.　　　The plaintiffs filed this action against ACP alleging that a toaster distributed by

ACP malfunctioned, causing a fire that destroyed the plaintiffs' residence on April 12, 2002 and

resulted in bodily injury to the plaintiffs.  The plaintiffs also sued Brink's Home Security, Inc.

based upon a theory that the Brink's security system that was installed at the plaintiffs' residence

did not work properly.

2.　　　The parties have been in serious settlement negotiations, which have resulted in

the settlement of the plaintiffs' claims against Brink's Home Security, Inc.

3.　　　The plaintiffs and ACP have engaged in settlement negotiations, but need to

obtain additional information from excess insurance carriers before they are able to engage in

further settlement negotiations.

4.    The parties believe that further settlement negotiations may result in resolution of this matter without further litigation.

5.    The parties request that the status conference, presently scheduled for Monday, June 5, 2006, be continued for thirty (30) days to allow the parties additional time for further settlement negotiations.

6.    The allowance of this motion will not prejudice either party.

WHEREFORE, the parties respectfully request that this Honorable Court continue the status conference that is presently scheduled for Monday, June 5, 2006, for thirty (30) days.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| The plaintiffs, | Applica Consumer Products, Inc. |
| By their attorneys, | By its attorney, |
| | |
| /s/ Jason E. Cohn | /s/ Geoffrey M. Coan |
| Jason E. Cohn, BBO# 638259 | Geoffrey M. Coan, BBO# 641998 |
| Tomassino & Tomassino | Wilson, Elser LLP |
| 2 Center Plaza | 155 Federal St., 5th Floor |
| Boston, MA 02108 | Boston, MA 02110 |
| (617) 723-1720 | (617) 422-5300 |

### Certification of Service

I, Geoffrey M. Coan, hereby certify that a copy of this document was served upon all attorneys of record in this matter on this 30th day of May, 2006.

/s/ Geoffrey M. Coan
Geoffrey M. Coan