UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL E. PARTRIDGE and PAUL E. PARTRIDGE, JR.,<br>        Plaintiffs,<br><br>v.<br><br>APPLICA CONSUMER PRODUCTS, INC. and BRINK'S HOME SECURITY, INC.,<br>        Defendants. | CIVIL ACTION NO. 05-10601MBB |

## STIPULATION OF DISMISSAL OF THE PLAINTIFFS' CLAIMS AGAINST APPLICA CONSUMER PRODUCTS, INC.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiffs, Paul E. Partridge and Paul E. Partirdge, Jr., and the Defendant, Applica Consumer Products, Inc. ("Applica"), hereby stipulate and agree that the Plaintiffs' claims against Applica be dismissed with prejudice and without costs, each party to bear his or its own attorneys' fees and costs and waiving any right of appeal.

WHEREFORE, the parties hereby respectfully request that this Court dismiss the Plaintiffs' claims against Applica Consumer Products, Inc.

| | |
|---|---|
| Plaintiffs,<br>Paul E. Partridge<br>Paul E. Partridge, Jr.<br>By its Attorneys,<br><br>_/s/ Jason E. Cohn_<br>Jason E. Cohn, Esq., BBO)#638259<br>Tommasino & Tommasino<br>Two Center Plaza<br>Boston, MA 02108<br>(617) 723-1720 | Defendant<br>Applica Consumer Products<br>By its Attorneys,<br><br>_/s/ Maynard M. Kirpalani_<br>Maynard M. Kirpalani, BBO# 273940<br>Geoffrey M. Coan, BBO# 641998<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>155 Federal Street<br>Boston, MA<br>(617) 422-5300 |

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____ 7/27/06

61550.1