UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL E. PARTRIDGE,
PAUL E. PARTRIDGE, JR.,
         Plaintiffs,

v.

APPLICA CONSUMER PRODUCTS, INC.,
BRINK'S HOME SECURITY, INC.,
         Defendants.

CIVIL ACTION
NO. 05-10601-MBB

## FINAL JUDGMENT

### August 2, 2006

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties on July 27, 2006, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

         /s/ Marianne B. Bowler
         **MARIANNE B. BOWLER**
         United States Magistrate Judge